Royal Arcanum. G. E. Joseph, for appellants. A. C. Salmon, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents.

LOEBER, Appellant, v. NEW YORK BOTANICAL GARDEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Justin Loeber, by Charles Loeber, his guardian ad litem, against the New York Botanical Garden. No opinion. Judgment and order unanimously affirmed, with costs.

LORD et al., Appellants, v. EQUITABLE LIFE ASSUR. SOCIETY OF UNITED STATES, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Franklin B. Lord, Jr., and others, as executors, etc., against the Equitable Life Assurance Society of the United States, impleaded with others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1908.) Action by George E. Lovett against Grace E. Lovett. No opinion. Motion denied, on condition that the appellant perfect her appeal within five days, and put the cause at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by George E. Lovett against Grace E. Lovett. No opinion. Appeal dismissed, without costs.

LOWERY et al.. Respondents, v. BRACE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Edwin O. Lowery and another against William H. Brace and others. No opinion. Judgment affirmed, with costs.

LOWING, Respondent, v. HOW, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Isabelle S. Lowing, as devisee, etc., against Isabelle Lowing How, as executrix. No opinion. Motion to dismiss appeal denied, without costs. Held, that the remedy of respondent is to move at Special Term to have the case and exceptions declared abandoned; that rule 35 does not apply, because the case has not been settled.

LUEDERS et al., Respondents, v. MENZEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by George Lueders and another against Hugo Menzel and others. No opinion. Motion granted, with $10 costs.

LUSTIG, Respondent, v. BROADMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Morris Lustig against Nathaniel Broadman. No opinion. Judgment of the Municipal Court affirmed, with costs.

LUX, Appellant, v. SENGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by John Lux against Theophil Senger. No opinion. Judgment affirmed, with costs.

LYNCH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary Lynch against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MACHLIN et al., Respondents, v. HYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Harry Machlin and another against Jacob Hyman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MADISON AVE. BRIDGE. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Madison Avenue Bridge.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and SCOTT, JJ., dissent.

MANHART, Respondent, v. RATHBUN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Alton G. Manhart, an infant, etc., against John N. Rathbun. No opinion. Judgment affirmed, with costs.

In re MANHATTAN BRIDGE, IN CITY OF NEW YORK. In re BUSHNELL et al. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of the application of the city of New York relative to acquiring title, etc., for the purpose of opening and extending the approach to the Manhattan Bridge (Bridge No. 3). Application of Ezra D. Bushnell and Thomas Hovenden for taxation of their costs, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 108 N. Y. Supp. 366.

In re MANN'S WILL. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the probate of a paper writing purporting to be the last will and testament of Mary Jane Mann, deceased. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs.

MARSH, Appellant, v. MARSH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by C. W. Marsh, as administrator, etc., against M. B. Marsh and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

WILLIAMS, J., dissents.